**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **TERRY MELVIN ELLIS,** ) | |
| Petitioner, ) | |
| vs. ) | No. 3:06-CV-1043-D |
| ) | |
| **NATHANIEL QUARTERMAN, Director,** ) | |
| **Texas Department of Criminal Justice** ) | |
| **Correctional Institutions Division,** ) | |
| Respondent. ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

November 20, 2007.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE